JUDGE THOMAS ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-0028-TSZ |
| Plaintiff, ) | |
| vs. ) | ORDER ON MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |
| VIATCHESLAV I. GOLOUBOV, ) | |
| Defendant. ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date and trial date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

[PROPOSED] ORDER ON MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 1
(Viatcheslav Goloubov; CR06-0028TSZ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from March 9, 2006 until April 6, 2006 and the trial date is extended from April 3, 2006 to May 8, 2006.

IT IS FURTHER ORDERED THAT the time period between April 3, 2006 and May 8, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this 13th day of March, 2006.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/Timothy R. Lohraff Bar No. 32145
  Attorney for Defendant Viatcheslav Goloubov
  Federal Public Defender's Office
  1601 Fifth Ave., Suite 700
  Seattle, WA   98101
  206/553-1100
  206/553-0120
  Tim_Lohraff@fd.org

s/Patricia C. Lally
  Assistant United States Attorney

[PROPOSED] ORDER ON MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 2
(Viatcheslav Goloubov; CR06-0028TSZ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100